### GRAY v. HOADLEY.

(Supreme Court, Appellate Division, First Department. May 20, 1910.)

TRIAL (§ 10*)—CAUSES FOR PARTICULAR DOCKETS.

    Where a complaint stated a cause of action for an accounting, it could not be tried by a jury, and should be stricken from the Trial Term calendar, and sent to the Special Term for trial.

    [Ed. Note.—For other cases, see Trial, Dec. Dig. § 10.*]

Appeal from Trial Term, New York County.

Action by Gerald Hull Gray, as receiver of Cyrus Field Judson, against Joseph H. Hoadley. From an order denying defendant's motion to strike the case from the Trial Term calendar, he appeals. Reversed, and motion granted.

See, also, 122 N. Y. Supp. 1118.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Ralph Polk Buell, for appellant.
Charles C. Sanders, for respondent.

PER CURIAM. It is quite evident that this is a case in equity for an accounting. Such an action cannot be tried by a jury at Trial Term. The court, therefore, should have stricken the case from the Trial Term calendar and sent it to the Special Term for trial.

The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes